# IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES DEAN VIOX,
Petitioner,
vs.
N. L. PORTER; AND C. M. MCGEE,
Respondents.

No. 69508

**FILED**

MAR 17 2016



*ORDER DENYING PETITION*

This is a pro se petition for a writ of mandamus. Petitioner seeks an order directing that his petition for a writ of habeas corpus be heard in the Second Judicial District Court. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter as petitioner has not demonstrated that the Second Judicial District Court is the proper court to hear his petition. *See* NRS 34.160; *see also* Nev. Const. art. 6, § 6(1). Accordingly, we

ORDER the petition DENIED.

_____, J.
Hardesty

_____, J.
Saitta

_____, J.
Pickering

cc:  Charles Dean Viox
     Elko County Clerk

16-08557